# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-0341
LT Case No. 16-2021-CA-001891

_____

HEATHER BARLOW,

    Appellant,

    v.

MADELINE THOMAS and EAN
HOLDINGS, LLC,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Lissette M. Gonzalez, of Cole, Scott & Kissane, P.A., Miami, for
Appellee, Madeline Thomas.

No Appearance for Remaining Appellee.


June 11, 2024


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and MAKAR and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____